**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KJK CONSTRUCTION, INC.    § Case No. 07-21749-JS
                                 §
                                 §
Debtor(s)                        §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/24/2012 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/12/2012          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KJK CONSTRUCTION, INC.　　§　Case No. 07-21749-JS
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 32,007.09 |
| *and approved disbursements of* | $ 352.74 |
| *leaving a balance on hand of* [1] | $ 31,654.35 |
| **Balance on hand:** | $ 31,654.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 31,654.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 2,000.00 | 0.00 | 2,000.00 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 268.88 | 0.00 | 268.88 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 14,500.00 | 0.00 | 14,500.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 201.83 | 0.00 | 201.83 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,797.50 | 0.00 | 1,797.50 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 18,768.21 |
| Remaining balance: | $ 12,886.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,886.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,886.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 387,361.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dell Financial Services, L.P. | 11,799.45 | 0.00 | 392.52 |
| 2 | Steven Adams/Northern IL Brick | 17,086.55 | 0.00 | 568.40 |
| 3 | Nex Flooring/Vasile Necs | 18,700.00 | 0.00 | 622.07 |
| 4 | Gary Smits/Carpenters Millwork Co. | 79,406.19 | 0.00 | 2,641.51 |
| 5 | Dell Financial Services, LP | 343.48 | 0.00 | 11.43 |
| 6 | Piotr Gasinski/Peter Flooring | 32,957.19 | 0.00 | 1,096.35 |
| 7 | Trend Carpet & Tile, Inc | 69,511.54 | 0.00 | 2,312.35 |
| 8 | Tri-State Brick Co | 10,877.80 | 0.00 | 361.86 |
| 9 | Joseph and Maralee Kurdas | 146,679.00 | 0.00 | 4,879.39 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 12,885.88 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.26 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.26 |

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                              Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                         Case No. 07-21749-CD
KJK Construction, Inc.                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina               Page 1 of 2            Date Rcvd: Jan 13, 2012
                              Form ID: pdf006             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2012.
 db            KJK Construction, Inc.,    Michael Maciejewski Ltd. Attorneys at La,    945 Oaklawn Avenue,
                Warrenville, IL 60555
 aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
 aty           Kathleen McGuire,    19 Ravinia Place,    Orland Park, IL 60462
11926374       Dell Financial Services, L.P.,    Collections/Consumer Bankruptcy,    12234B North I-35,
                Austin, Texas 78753-1705
11759699      +Design Ventures, LLC,    150 Harvester Drive,    Willowbrook, IL 60527-5919
11759701      +Edward Hines Lumber,    6 Old Hunt Road,    Northfield, IL 60093-1073
11759703      +Gary Murino/Tri State Brick,    3232 South Nordic Road,    Arlington Heights, IL 60005-4729
11759704      +Gary Smits/Carpenters Millwork Co.,    16610 South Park Avenue,    South Holland, IL 60473-2946
11759705      +Giuseppe Giannola/Classico Marble,,    187 Saddlebrook,    Oak Brook, IL 60523-2652
11759706      +Ismael Segovian,    7714 South Lindner,    c/o Southwest Insulation,    Burbank, IL 60459-1353
11759707      +Jeffrey Schwartz/Windy City Exter,    2655 Kelly Lane,    Highland Park, IL 60035-1654
11759708      +Joseph and Maralee Kurdas,    110 East Wilson Street,    Elmhurst, IL 60126-4431
11759709      +Kevin addison, Matthew Billenstein,    851 Kearsage Avenue,    Elmhurst, IL 60126-4454
11759710      +L & G Masonry,    9642 West River Street,    Schiller Park, IL 60176-1027
11759711      +Miguel Contreras,    631 Otter Court,    Attn. St. Joseph's Construction,    Oswego, IL 60543-7104
11759712      +Nex Flooring/Vasile Necs,    320 Pleasant Street,    Hoffman Estates, IL 60169-3137
11759713       Patrick Herward/ C&H Sewer, Inc.,    285 Cottonwood Drive,    Wheaton, IL 60187
11759714      +Piotr Gasinski/Peter Flooring,    3352 North Neva Avenue,    Chicago, IL 60634-3607
11759716      +Ron Masciola/Mas Plumbing, Inc.,    70 Cardinal Lane,    Roselle, IL 60172-4723
11759717      +Southwest Insulation,    5535 W. 110 Street #3,    Oak Lawn, IL 60453-2375
11759718      +Steve Knasko/Trend Tile, Inc.,    168 East Army Trail Road,    Glendale Heights, IL 60139-1647
11759719      +Steven Adams/Northern IL Brick,    1216 Century Oaks Drive,    Elgin, IL 60123-1325
11759720      +Travelers Indemnity Company,    c/o Baker Miller, Markoff LLC,    29 N. Wacker Drive 5th Floor,
                Chicago, IL 60606-2851
13610700      +Trend Carpet & Tile, Inc,    Dennis E Quaid,    Thompson Coburn Fagel Haber,
                55 East Monroe Street 37th Floor,    Chicago, Il 60603-6029
13631331      +Tri-State Brick Co,    Mr Gary A Murino,    10333 Vans Dr,    Franfort, IL 60423-8547
11759721      +United States Treasury Department,    1500 Pennsylvania Avenue, NW,    Washington, DC 20220-0001
11759722      +William Glusacb/Prairie Materials,    7601 West 79th Street,    Bridgeview, IL 60455-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13514033       E-mail/Text: resurgentbknotifications@resurgent.com Jan 14 2012 02:18:47
                Dell Financial Services, LP,    c/o Resurgent Capital Services,    P.O. Box 10390,
                Greenville, SC 29603-0390
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11759700       Developers Carpentry, Inc.
11759702       Elm Town Plumbing, Inc.
11759715       Robert and Elizabeth Taska
                                                                                              TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2012**                   **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: nmolina              Page 2 of 2                  Date Rcvd: Jan 13, 2012
                               Form ID: pdf006           Total Noticed: 28


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2012 at the address(es) listed below:
              Ariane  Holtschlag    on behalf of Trustee David Grochocinski lawyers@ggl-law.com
              David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@ggl-law.com,
               lawyers@ggl-law.com
              David E Grochocinski    dgrochocinski@ggl-law.com,  IL22@ecfcbis.com
              David P Lloyd    on behalf of Trustee David Grochocinski dlloyd@ggl-law.com
              Dennis E. Quaid    on behalf of Creditor  Trend Tile Inc. dquaid@tcfhlaw.com
              Jon N. Dowat    on behalf of Debtor  KJK Construction, Inc. thinkingoutside@comcast.net
              Kathleen M. McGuire    on behalf of Plaintiff David Grochocinski kmcguire@ggl-law.com,
               kmmcguirelaw@sbcglobal.net;lawyers@ggl-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard L Hirsh    on behalf of Defendant Kent Rieger richala@sbcglobal.net
                                                                                             TOTAL: 9
```